FILED & JUDGMENT ENTERED
Steven T. Salata

May 8 2017

Clerk, U.S. Bankruptcy Court
Western District of North Carolina

_Laura T Beyer_
Laura T. Beyer
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION

| | |
|---|---|
| In Re: ) | |
| ) | Case No. 16-50322 |
| Sandra Dee Cole, ) | Chapter 7 |
| ) | |
| Debtor. ) | |

## ORDER ALLOWING WITHDRAWAL OF
## COUNSEL FOR THE DEBTOR

THIS MATTER came before the undersigned United States Bankruptcy Court Judge upon The Henderson Law Firm's Motion for Order Allowing Withdrawal of Counsel for the Debtor on May 5, 2017. The Motion and a Notice of Hearing thereon was served on the Debtor and other parties in interest. The Court finds that good cause exists for granting the relief requested. It is therefore

ORDERED that The Henderson Law Firm should be and is hereby allowed to withdraw from the representation of Sandra D. Cole in this Chapter 7 case.

This Order has been signed electronically. The judge's signature and court's seal appear at the top of the Order

United States Bankruptcy Court